PAPERS IN FILE: (1) Precipe for process; (2) capias and return; (3) recognizance; (4) declaration and plea of non assumpsit; (5) panel of jurors; (6) verdict; (7) taxed bill of costs; (8) precipe for execution ca. sa.; (9) writ of ca. sa. and return; (10) notice of set off of real property; (11) notice of refusal to accept property as set off; (12) writ of fi. fa. and return; (13) promissory note.

*Office Docket*, MS p. 151, c. 78. Recorded in *Book A*, MS pp. 107–12.

## WOLCOTT LAWRENCE, LOWRIN MARSH, WILLIAM G. TAYLOR AND HEMAN BROWN, JR. *versus* BENJAMIN DAVIS

. . . . . . . . . . . . . . . . . .

JOURNAL ENTRIES (1821): *Journal 3:* (1) Discontinued *p. 189.
PAPERS IN FILE: (1) Precipe for habeas corpus cum causa.
*Office Docket*, MS p. 122, c. 26.

## WOLCOTT LAWRENCE, LOWRIN MARSH, WILLIAM G. TAYLOR AND HEMAN BROWN, JR. *versus* BENJAMIN DAVIS

. . . . . . . . . . . . . . . . . .

JOURNAL ENTRIES (1821): *Journal 3:* (1) Discontinued *p. 189.
PAPERS IN FILE: (1) Precipe for habeas corpus cum causa.
*Office Docket*, MS p. 122, c. 27.

## WOLCOTT LAWRENCE, LOWRIN MARSH, WILLIAM G. TAYLOR AND HEMAN BROWN, JR. *versus* BENJAMIN DAVIS

. . . . . . . . . . . . . . . . . .

JOURNAL ENTRIES (1821): *Journal 3:* (1) Discontinued *p. 189.
PAPERS IN FILE: (1) Precipe for habeas corpus cum causa.
*Office Docket*, MS p. 123, c. 28.